# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHERRI LOVE,

        Plaintiff,

v.

STATE OF NEVADA, et al.,

        Defendants.

Case No.:  2:26-cv-00323-APG-DJA

**Order (1) Rejecting Magistrate Judge Report and Recommendation, (2) Remanding for Consideration of IFP Application, and (3) Denying Pending Motions**

[ECF Nos. 4, 5, 9, 10, 11, 12]

On March 19, 2026, Magistrate Judge Albregts recommended dismissal of plaintiff Sherri Love's complaint because Love did not comply with Judge Albregts' deadline to file a complete *in forma pauperis* (IFP) form or pay the filing fee. ECF No. 12.  Love filed an objection to that recommendation and attached documents indicating that her IFP application was emailed to this court before Judge Albregts' deadline. ECF No. 13 at 7-11.  Somehow, the application did not make its way into the court docket.  Thus, Judge Albregts properly recommend dismissal.

I have conducted a de novo review of the situation as required by Local Rule IB 3-2. Love's objection demonstrates that she attempted to comply with Judge Albregts' order, but was thwarted through no fault of her own.  Justice dictates that I reject Judge Albregts' recommendation of dismissal and remand the matter to him to review Love's IFP application.

Love has also filed several motions alleging rampant corruption, collusion, and obstruction in the Nevada state court and prison systems and asking me to recuse a state court judge, among other remedies. ECF Nos. 4, 5, 9, 10, 11.  The motions are premature.  Until Love's IFP application has been approved and her complaint has been screened and approved,

there is no pleading upon which to base (or evaluate) her motions.  I therefore deny them without prejudice to file new motions if Love is permitted to proceed with this case.

I THEREFORE ORDER that the Report and Recommendation **(ECF No. 12) is rejected**. I remand the matter to Magistrate Judge Albregts to consider Love's IFP application.

I FURTHER ORDER that Love's pending motions **(ECF Nos. 4, 5, 9, 10, 11) are denied without prejudice.**

DATED this 6th day of April, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2