**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHERRI LOVE,

Plaintiff

v.

THE STATE OF NEVADA, et al.,

Defendants

Case No.: 2:26-cv-00323-APG-DJA

**Order (1) Granting Plaintiff's Motion to Voluntarily Dismiss, (2) Denying Other Motions as Moot, and (3) Closing the Case**

[ECF Nos. 14, 17-21]

Plaintiff Sherri Love filed a motion "to be in agreement" with Magistrate Judge Albregts' order "to dismiss [her] case without prejudice." ECF No. 21 at 1 (simplified). I treat Love's motion as one for voluntary dismissal without prejudice, and I grant it. Because I grant her motion to dismiss, I deny as moot all other pending motions.

I THEREFORE ORDER that plaintiff Sherri Love's motion to voluntarily dismiss her case **(ECF No. 21) is GRANTED**.

I FURTHER ORDER that all other pending motions **(ECF Nos. 14, 17-20) are DENIED as moot**.

I FURTHER ORDER that this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 21st day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE